UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 04-11949 |
| | ) | |
| EXCEL INTERIORS, INC. | ) | Chapter: 11 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| Debtor(s) | ) | |

## ORDER APPROVING MOTION OF THE DEBTOR
## FOR ENTRY OF A FINAL DECREE

Upon the motion (the "Motion")* of Excel for entry of a final decree and the Court having considered the Motion and proper and sufficient notice of the Motion having been provided; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2); and it appearing that venue of this proceeding and this Motion is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and adequate notice of the Motion having been given; and no further notice of the Motion need be given; and it appearing that entry of a final decree closing this chapter 11 case is appropriate pursuant to 11 U.S.C. § 350(a), it is hereby:

ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion is GRANTED.

~~2. The above chapter 11 case is hereby closed~~  *ab*

~~3. This Order is without prejudice to the Debtor to reopen this chapter 11 case as may be necessary to consummate its Confirmed Plan or as otherwise permitted under section 350 of the Bankruptcy Code.~~  *ab*

*Capitalized terms used but not defined herein shall have the meanings given to them in the Motion.

Enter:

/s/ A. Benjamin Goldgar
Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: **21 DEC 2011**

**Prepared by:**

David J. Fischer (Atty. No. 813745)
Joy L. Monahan (Atty No. 6291826)
Edwards Wildman Palmer LLP
225 West Wacker Drive - Suite 3000
Chicago, IL 60606
Phone: (312) 201-2000
Facsimile: (312) 201-2555

Rev: 201100318_bko